UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY L. MCGOWAN, JR. | ) |
| | ) No. 3:10-0365 |
| v. | ) (Criminal Case No. 3:02-0508) |
| | ) Judge Echols |
| ROBERT WALLS, WARDEN | ) |

**O R D E R**

The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is referred to the Magistrate Judge for further proceedings under Rule 8(b), Habeas Corpus Rules, 28 U.S.C. § 636(b)(1)(B), and Local Rule 72.01(d).

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE