IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHNNY L. MCGOWAN, JR.           )
                                 )
v.                               ) NO. 3-10-0365
                                 ) JUDGE CAMPBELL
WARDEN DAVID OSBOURNE            )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 37), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Petitioner's "Motion to Stay Proceedings in Abeyance in Order to Return to State Court on an Extraordinary Appeal" (Docket No. 28) is GRANTED. The Clerk is directed to close this case administratively, subject to being reopened upon Motion of either party once Petitioner has exhausted his state remedies. Any pending Motions are denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE