UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| JOHNNY L. McGOWAN, JR. | ] | |
|---|---|---|
| Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:10-0365 |
| | ] | Judge Campbell |
| WARDEN DAVID OSBOURNE | ] | |
| Respondent. | ] | |

**O R D E R**

On November 2, 2010, an order (Docket Entry No.41) was entered granting the petitioner's "Motion to Stay Proceedings in Abeyance in Order to Return to State Court on an Extraordinary Appeal" (Docket Entry No.28). As a consequence, the instant *pro se* § 2254 habeas corpus action was administratively closed, subject to being reopened upon motion of either party once the petitioner had exhausted his state court remedies.

Presently before the Court is the petitioner's Motion to Reopen (Docket Entry No.44) the case. In the motion, the petitioner avers that he has exhausted all state court remedies.

The petitioner's Motion to Reopen this case is hereby GRANTED. The respondent shall file a second answer, plead or otherwise respond to the petition in conformance with Rule 5, Rules --- § 2254 Cases, within thirty (30) days of the date of entry of this order on the docket.

The petitioner is free to renew any motions that may have been pending at the time that this action was administratively closed.

It is so ORDERED.

_____
Todd Campbell
United States District Judge